(Name) Michael Handford Farris

(Address) P.O. Box 1905

(City, State, Zip) Tehachapi, Calif (93581)

(CDC Inmate No.) E-44061

FILED
2008 MAR 10 PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM         DEPUTY

2254 ___  1983 ✓
**FILING FEE PAID**
Yes___  No ✓
**IFP MOTION FILED**
Yes ✓  No___
**COPIES SENT TO**
Court ✓  ProSe___

# United States District Court
## Southern District of California

Michael Handford Farris
(Enter full name of plaintiff in this action.)

　　　　　　　　　Plaintiff,

v.

Guillermina Hall
Ina, Haugen
R.N. Mrs. Mosley
R.N. MK, Dominique
Michael Brownell Lt.

(Enter full name of each defendant in this action.)

　　　　　　　　　Defendant(s).

'08 CV 0445 LAB LSP

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Michael Handford Farris, (print Plaintiff's name) who presently resides at P.O. Box 1905 (mailing address or place of confinement) Tehachapi, Calif (93581), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at California Rehabilitation Center, Norco Calif (institution/place where violation occurred) (92860.) on (dates) 9-24-06 (Count 1), 9-26-06 (Count 2), and 1-26-2007 (Count 3).

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)
::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant Mrs Guillermina Hall (name) resides in Alta Loma, Calif/Mira Loma (County of residence) and is employed as a (Warden.) (defendant's position/title (if any)). This defendant is sued in his/(her) ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Wrote To Mrs. Hall "via U.S. mail" and informed Mrs Hall, That I was in Serious need of Medical-Aid, and That Fac-I medical, And urgent Care Refused To see, Me, Mrs Hall Never Responded Back Nor, Looked Into The Matter!

Defendant Mrs. Mosley R.N. (name) resides in Riverside, Calif (County of residence) and is employed as a Resister-Nurse Fac-I Medical (defendant's position/title (if any)). This defendant is sued in his/(her) ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Mrs. Mosely Never logged-In The doctor's order after I was Examined, Nor, Did Mrs. Mosley Sheduled The Appt's for Me, To Be Transported Too, "Moreno Valley Hospital" As The Doctor Instructed Mrs. Mosely To Do So!

Defendant Mr. Dominque R.M. (name) resides in Riverside, Calif (County of residence) and is employed as a Resister-Nurse urgent Care. (defendant's position/title (if any)). This defendant is sued in (his)/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Mr. Dominque on 9-26-06 Refused To grant me, Access, To see The Doctor In urgent Care, After I'd given Him my pass, To see the doctor For my Medical-Condition That was written By The "Pysician-on Duty on 9-24-2006 at urgent Care"

Defendant Mrs. Ida Haugen (name) resides in unknown (County of residence) and is employed as a Chief Psychologist (psh.0.) (defendant's position/title (if any)). This defendant is sued in his/(her) ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Cititing A Statement on A legal-Document Form (602-Appeal Form.) That was In Reference To A Serious medical-condition problem which was unethical-illegal, To Cite Invaid Statement's, which Mrs Ida Haugen Department, Deal's with Matter's, & Issue's "Psychological-And mental Disorders," I would Assume Mrs Ida Haugen Medical-Speciality? Is "Pshchiatry" Therefore The Chief medical-officer, on Medical Appeal's Department should Have, Directed My (602 Medical-Appeal.) To The Right-Official's, within Dealing with Matter's In Medical-purpose's, only!

1. Defendant Michael Brownell                    Resides in Riverside County
   Name:                                         County of Residence

2.

3. and is employed as a Correctional Lieutenant/Admin Assit, INCOM/Officer
   His/Her official capacity (Defendant's Position (title if any).

4. Under Color of law: Lt, Brownell sent me a letter dated
5. January 4, 2007 That He Received My letter Address To
6. Warden Guillermina Hall. In Regudence To the poor Health Care
7. at C.R.C. Norco, Lt, Brownell quoted "In accordance with
8. California Code of Regulations Section 3355(d) Each inmate
9. shall be personally screened by Health care staff prior To
10. Release to parole or discharged from a Facility. Staff
11. conducting such screening shall alert the inmate's
12. parole Agent Regarding Any current Health problems
13. until the Releasee can obtain medication in the community"
14. Therefore on This Date March 14th 2007, I wasn't seen
15. By No-medical staff upon Release processing In R&R
16. Nor, was There Any Nurse present to conduct Any medical-
17. screening!! C/O Jorden processed all parolees out on
18. March 3-14-2007 At Appx: 10:55 A.M. His.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: Government Code: 845.6.
Failure To summon medical-care; pain/suffering
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] On, or About 9/24/2006, I Awoke In Extreme pain, & walked To Staff-office, Knocked on The Door Advised c/o K. Newsome at 11:45 p.m. Hrs, I was In pain To wit: My "Hemmroid" was Hurting Bad & Bleeding c/o K. Newsome called His Supervisor on 1st watch, And Advised The Sgt, That I Need To Go too the urgent-care, Medical! That Sgt, Had A "S&E" officer To drive me To urgent-care where a "pysician-Asst." on Duty Examined me, and stipulated I've Had a past History of Hemmroid problem's, and He seen That in my medical-File, and The "pysician-Asst" did a Body Exiame, & gave me, A pain-shot for the Discomfort & pain present upon The Exiame, c/o Johnson, & watch commander — Lt. Clealand SM, Asked The "pysician-Asst was I Raped, or Any Force of Entry" the "pysician-Asst" Replied No, and coustdy-staff, Lt, clealand SM watch commander, Said He, Had To Ask, That Question per: policy's, and The "pysician-Asst" who wrote & Noted In my medical-file for follow-up Review, for 9/26/06, on Monday at 8:00 A.M. I was given A pass, Along with a medical lay in for 24 Hours, and Do Not Eat, any Dairy products, nor, Milk, & No Eating Meats.

(continue: Next page →)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1:</u> The following civil right has been violated: Government code § 845.6. Failure To Summon medical-care, Pain & Suffering; Federal civil-Rights law 42. U.S.C. 1993 (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On, on about, Monday 9/26/06. At Appx: 8:00 A.M. Hrs, I went to urgent medical-care, To see the Doctor for follow-up Treatment, and gave my pass to the I/m clerk In the medical-Dept at urgent-care: 15 minutes later I was called to The door, and spoke with Mr, Dominque The "R.N." who Advised me, To go Back To Fac-I Medical clinic, To see the Doctor! I went Back To Fac-I clinic, & spoke with Mrs, Mosley The "R.N." She Advised Me, To fill-out a "Sick-call Request slip, & I might see The Dr, Appx: on Wensday or Thrusday" I Advised Mrs Mosley, my medical-problem is serious, And I can't sitt Down on use The "Bathroom" & I was Bleeding Due: To Discomfort of "Hemmroid" Mrs, Mosley Replied "and said "oh well It's Not Her, problem" So I went Back To urgent-care Medical after I spoke with Mrs, Mosley R.N. I Gave my pass Back To the I/m clerk, at urgent-medical care, And Mr, Dominque R.N. came To the Door and Told-Me, Aint No Doctor Is Going To, See, Me, & Told-Me To go Back To Fac-I clinic, & speak with R.N. Johnson, I went Back & spoke with R.N. Johnson, who Became Ballistic, & Hostile, an Agument ensued. Between me, & Mrs Johnson 109 Dorm officer c/o Cannon, who Heard The Arguement Told-Me, Fannis go to The Dorm & lay Down!

continue:

C. **Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Government code § 845.6. Failure To Summon medical-care, Pain Suffering: Federal Civil-Rights law 42 U.S.C. 1993 (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Continue: M.T.A Mus Anderson Advised what was The "problem I Told Mus. Anderson my "Hemmroids was Hurting & Bleeding" AT, MARCUM 3rd watch Fac-I ht, Went To Fac-I clinic And Asked "M.T.A. Mus Anderson" To Help-me, I was called out My Dorm, at 8:00 p.m. HRS, on 9/26/06. Mus Anderson Sent, Me Down To "urgent Medical-care" I was Seen By R.N. Mus Washington That was on Duty, who gave me, Some pain-pills, and A written pass To come Back To urgent-medical care on 9/27-06, I Went As Stheduled as Mus, Washington wrote 8:30 A.M. HRS Again I presented My pass To the I/m clerk; and Mu, Dominque R.N. From urgent-care came-out and, Told-me, I can't see the Doctor, & Mu Dominque R.N called coustdy Staff c/o Bay To Have me, Escorted Back To "Fac-I Housing" c/o Bay came out And Told me, To report To Fac-I Sgt. Millen; Fac-I captain Mu, Centa, I was Escorted Back by An, "S&E officer" upon My Arrival To Fac-I program-office Sgt. Millen Asked-Me, what was The problem I Told Sgt. Millen I'm In pain My "Hemmroids" was Bleeding & I can't use the Bathroom, Fac-I captain P. Centa, called Dr. ham. By phone, To Fac-I-clinic, Dr. ham was In Agreement To See, Me, "S&E officer" Escorted, Me, To Fac-I clinic, upon my Arrival Mus. Mosley R.N. Refused To See, Me or Let-Me, Into. Fac-I clinic, "The S&E officer called Fac-I prgm.

Count 2: The following civil right has been violated: <u>Government code § 845.6.</u>
<u>Failing to summon medical-care</u>
<u>(pain & suffering): Federal civil Rights law. 42.U.S.C. 1993.</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

— Sgt, Miller, and Captain Centa, within 2 Minutes Arrived To Fac-I clinic. To See what is The problem "why" I can't See The Docter, After Captain Centa, Explained To Mrs, Mosley R.N. He Just called Dr. Lam By phone, and Dr. Lam Said That He'll See, Me upon The Captain Request To treat-me, cause The Captain Told Mrs, Mosley He, Does'nt want Me To Die, on His watch, or any Inmate, under His-supervision. The Captain, & Sgt, Existed Fac-I Medical, & Advised Me, The Docter will See, Me. I was By Dr. Lam, who Examed-Me, Did A "Recum-Exam" prescibe some pain-pill's, and some suppositories, stool-softner's, colace, & order an "outside-Appointment For me, To See A Docter at "Moreno Valley Hospital In Riverside calif" cause The Docter Advised Me, C.R.C. prison Does'nt Have the Equipment to use, or To perform such services on Inmates with serveare Medical problem's like Mine The Docter Advised-Me. After The Exam Mrs, Mosley R.N. came To the office to pick-up my file, Dr. Lam Told Mrs, Mosley, To Sheduled an, outside Medical-Appt, for Me, & order My Medicine, Mrs, Mosley R.N. Never perform Her Duty's The Docter Told-Her To do!

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

Government Code § 8456. Failure To Summon

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

medical care under Federal-civil Rights law 42.U.S.C.1983

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

I filed a (604 Appeal.) In Regards To the Medical-services at C.R.C. Norco Due: To poor Health care Screening and not Being Able, Too Receive The treatment I Needed, Such As, Medicine I posed To Receive written By Dr. Ham on 9/27/06. In Regards To My Emergency Appeal, Dr. Ham called Me To His Office on 1/26/2007 & Had The (604 Appeal) He Reexamined Me, again checked my medical-condition and called Mrs. Mosley R.N. And Told Mrs Mosley That I Have To Be Stheduled for outside medical- Appt: at "Moreno-Valley Hospital for a clinic-Appt for, A colonoscopy" Exam. But The paper work was, Never submitted, for me, To go to the Hospital! I continued Filing my medical (604 Appeal.) all The way to the Director Level of Appeals In Sacramento, Calif, who I sent (604 Appeal.) "ATTN: Chief Inmate Appeal's" and gave Them a Address so They can send The Appeal Back To me, at The parole office In San Bernardino, Calif Address: 303 West 5th ST S.B. Calif (92411) which I was paroled on 3-12-07 Never Examined By Any Health care In R&R Release And Had To seek medical Aid By "Arrowhead Regional Hospital" and San Bernardino Community Hospital 17 & medical center S.B. Calif (92410)

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____
Defendants: _____ N/A _____
(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised:
_____ N/A _____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Sent all Related Supporting Documents (602-Appeal) To medical-Dept staff, Logg#: CRC-06-00857.) From The Informal level To the Director's level, Address: To Chief Inmate Appeals office Sacramento, Calif: Governing This Matter Therefore I've Exhausted Appeal, under "WOLF US. STATE" please see Attachment's of copy's from (602-Appeal Relating To my medical-condition)? And prison-officials, Administrative under color of law, was Referring My C602 Appeal Medical-Appeal-) To vary's other Dept's seeking Any Type of Responce, which I very Felt Dissatisfied.. Cou lying.. and Keeping-me, In pain.

§ 1983 SD Form (Rev. 5/98)    6    ::ODMA\PCDOCS\WORDPERFECT\22834\1

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Without Approval From My Attorney, Appointed By the courts preventing Defendants From Expunging Any medical-Document's In My medical File, Vol I and Vol III out of My (CDCR) Medical File, and A Temp-oral order Not To mess-with Me, ?

2. Damages in the sum of $ 80,0000 Thousand Dollars.

3. Punitive damages in the sum of $ 175,0000 Thousand Dollars

4. Other: Pay medical-Bill's From March-2007 thru November of To: Accounting Dept," Arrowhead Regional medical center Colton, Calif (92324.)

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

2/9/2008
Date

_Michael Jarvis_
Signature of Plaintiff

State of California                                                                                                   Department of Corrections

# Memorandum

Date:   Feb 14, 2007

To:     FARRIS, M, E-44061
        California Rehabilitation Center

Subject: SECOND LEVEL APPEAL RESPONSE
         LOG NO.:CRC 06-00857

ISSUE:

It is the appellant's position that he has hemorrhoids, and was told by the Urgent Care Doctor that he needed surgery ASAP.

The appellant requests on appeal that he be taken to RCRMC and given surgery as soon as possible. At the informal level, "outside appointment pending" was written by the RN, however, the first level reviewer stated she could find no order for an outside appointment or evaluation for surgery. I reviewed Mr. Farris' medical records, and also could not find any such orders.

REGULATIONS: The rule governing this issue is:

**California Code of Regulations, Title 15, Section 3354. Health Care Responsibilities and Limitations.**

> (a)Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so.

Mr. Farris was given erroneous information as to hemorrhoid surgery. There was no Doctor's order for a surgical consultation, nor any notes from the Urgent Care regarding surgery. The Urgent Care's doctor ordered suppositories, a liquid diet, lay in for 24 hours, avoid meat and dairy products, follow up with unit doctor on Monday, 9/26/06, which he did. His unit doctor prescribed suppositories, colace, and gave him a lay in that day. Again, no mention of surgery.

Mr. Farris was ducated for 1/26/07 for further evaluation by his unit physician. Dr. Lam examined Mr. Farris and determined that a G.I. Clinic appointment for (possibly) a colonoscopy was appropriate at this time.

FARRIS, M, E-44061
CASE NO. 06-00857
PAGE 2

DECISION: The appeal is PARTIALLY GRANTED

Unfortunately, Mr. Farris was given wrong information in the beginning concerning surgery. Even after he was told that this information was incorrect, he is determined that surgery is the answer to his problems. This is self-diagnosis, which is inappropriate. However, Dr. Lam has referred him to the GI Clinic (for a colonoscopy) - so this appeal is partially granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

*O. Haugen, Psy.D.*
Ina Haugen, Psy.D.
Chief of Mental Health
California Department of Corrections & Rehabilitation
California Rehabilitation Center

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860



January 4, 2007

Inmate Michael Farris
E-44061/109-64
California Rehabilitation Center
P. O. Box 3535
Norco, CA 92860

Dear Mr. Farris:

I am in receipt of your letter addressed to Warden Guillermina Hall in which you describe apparent dissatisfaction with health care provided to you by the California Rehabilitation Center's Medical department. Specifically, after successfully exhausting the Inmate Appeals process regarding this care you expressed intention to seek private care upon your parole. As a result this dissatisfaction, you have requested the Department of Corrections and Rehabilitation be responsible for rendering payment for such care.

In accordance with California Code of Regulations Section 3355(d), "Each inmate shall be personally screened by health care staff prior to release to parole or discharged from a facility. Staff conducting such screening shall alert the inmate's parole agent regarding any current health problems and shall provide the inmate with any necessary maintenance medication until the releasee can obtain medication in the community." In addition, section 3356(a) states, "Community Treatment. Health care for parolees shall normally be provided by private physicians and community medical facilities, as desired by the parolee and at the parolee's own expense."

Mr. Farris, I hope you find this information helpful.

Sincerely,

MICHAEL BROWNELL
Correctional Lieutenant
Administrative Assistant/Public Information Officer
California Rehabilitation Center

NOTE:
ON THIS Date March 12th 2007 However I wasn't seen By No medical staff upon parole Is "NIN" Nor wasn't there any nurse present to conduct any medical screening!! c/o Jorden processed All parolee's on 3-12-07

PROOF OF SERVICE BY MAIL
(C.C.P. §§1013(A);2015.5 & U.S.C.§1746)

1

2

3  I, _Michael A. Hadford Farris_ am a citizen of state of California,

4  ~~citizen of the united states~~, and/or I am over the age of eighteen years of

5  age, and not a party of the cause.

6       My Address is _Michael A. Farris #E-44061_

7                    _P.O. Box 1905 Tehachapi,_

8                    _CA, (93581.)_  Zip Code.

9

10

11 Upon this this Date _Febuary 28th_, 2008 I serve a true copy of

12 the original and/or the reproductions thereto of the following doc-

13 uments: _Civil rights complaint, 42 U.S.C./Motion/And_

14 _Declaration, under penalty of perjury in support_

15 _of Motion to proceed In Forma Pauperis._

16

17      By Mailing them to:

18  _Clerk of U.S. District court, Room 4290_

19  _880 Front St,_       _San Diego ca (92101-8900.)_

20 Said service was executed by placing said documents enclosed in a

21 sealed envelope(s) with the postage thereon with fully prepaid, and

22 depositing them in the United States Mail. At the time of the maili-

23 ng there existed normal mailing service between the aboved parties.

24 I declare under the penalty of perjuy that the foregoing is true

25 and correct.

26   Executed on _____, year _____.

27        Signature _____

             IN PROPRIA PERSONA

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 88 10924

10

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Michael Handford Farris

2254   DEFENDANTS

FILING FEE PAID
Yes   No

Hall, et al

2008 MAR 10 PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

IFP MOTION FILED
Yes   No

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

COPIES SENT TO
Court   Prose

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Michael Handford Farris
PO Box 1905
Tehachapi, CA 93581
E-44061

ATTORNEYS (IF KNOWN)

'08 CV 0445 LAB LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE   Docket Number

DATE   March 10, 2008   SIGNATURE OF ATTORNEY OF RECORD

CR