PLAINTIFF/PETITIONER/MOVANT'S NAME  Michael Handford Farris

PRISON NUMBER  # E-44061

PLACE OF CONFINEMENT  California Correctional Institution Level 3,

ADDRESS  P.O. Box 1905
Tehachapi, Calif (93581.)

**FILED**
2008 MAR 10 PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____  1983 ✓
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  ProSe ____

# United States District Court
## Southern District Of California

Michael Handford Farris
Plaintiff/Petitioner/Movant

v.

Guillermina Hall / M. Brownell Lt,
Ida Haugen
R.P. Mrs. Mosley
R.N. Mu Dominque  Defendant/Respondent

Civil No. **'08 CV 0445 LAB LSP**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑Yes ☐No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  C.C.I. Level 3, Tehachapi, Calif
    Are you employed at the institution?       ☐ Yes ☑No
    Do you receive any payment from the institution?  ☐ Yes ☑No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance ☐ Yes ☑ No
   d. Disability or workers compensation ☐ Yes ☑ No
   e. Social Security, disability or other welfare ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Spousal or child support ☐ Yes ☑ No
   g. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   "Arrowhead Regional Hospital"        "San Bernardino Community
   400 N. Pepper Ave.                    Hospital & Medical Center"
   Colton Calif (92324)                  San Bernardino, Calif
   "ATTN: Accounting Dept"               (92410) Accounting
           # Seven thousand Dollars.            # Four Thousand

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):   N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. Homeless, Church Shelters, Salvation Adult Rehabilitation Center 361 South Doolittle Rd. S.B. Calif, (92408)

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 2-27-2008        _____
                       SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

---

**PRISON CERTIFICATE**
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)


I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>


_____         _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION


                                  _____
                                  OFFICER'S FULL NAME (PRINTED)


                                  _____
                                  OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Michael Handford Fannis #E-44061__, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☑ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE  2-27-2008                    _____
                                    SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                -5-              ::ODMA\PCDOCS\WORDPERFECT\22835\1

REPORT ID: TS3030 .701                                    REPORT DATE: 03/04/08
                                                          PAGE NO:         1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF CORRECTIONAL INSTITUTION
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 04, 2008

ACCOUNT NUMBER : E44061                   BED/CELL NUMBER: RC3 000000000129U
ACCOUNT NAME   : FARRIS, MICHAEL                    ACCOUNT TYPE: I
PRIVILEGE GROUP: U

                           TRUST ACCOUNT ACTIVITY

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
----------    ----------    -----------   ---------   ---------    ------------
    0.00         0.00          0.00         0.00        0.00           0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-4-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
REPORT ID: TS3030  .701        CALIFORNIA DEPARTMENT OF CORRECTIONS        REPORT DATE: 03/04/08
                                  CALIF CORRECTIONAL INSTITUTION
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 04, 2008


                       TOTAL NUMBER OF STATEMENTS PRINTED:         2
              TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      0.00
```